UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARITZA ARIAS,

                    Plaintiff,

- against -

ROADRUNNER EQUIPMENT LEASING, LLC, and CLIFFORD MAUCLAIR,

                    Defendants.

**ORDER**

23 Civ. 6155 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this action previously scheduled for October 26, 2023, is adjourned sine die.

Dated: New York, New York
       October 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge