**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JARITZA ARIAS,

             Plaintiff,                        23-CV-6155 (PGG) (OTW)

          -against-                      **ORDER**

ROAD RUNNER EQUIPMENT LEASING, LLC and
CLIFFORD MAUCLAIR,

             Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held an Initial Pretrial Conference in this matter on Tuesday, November 7, 2023, at which counsel indicated that additional parties have filed claims against Defendants that would destroy diversity. Accordingly, the parties are directed to meet and confer and file, **by Tuesday, November 21, 2023**, either a stipulation to remand this case to state court or, in the alternative, a status letter.

        SO ORDERED.

                                                          /s/ Ona T. Wang

Dated: November 7, 2023                                    **Ona T. Wang**
       New York, New York                     United States Magistrate Judge